UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RYAN E. READ,

                Plaintiff,

  v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

                Defendant.

Case No. C12-2029-JCC-BAT

**REPORT AND RECOMMENDATION**

Ryan E. Read seeks review of the denial of his Supplemental Security Income and Disability Insurance Benefits applications. Dkt. 3. The parties stipulate the case should be reversed and remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Dkt. 18.

The Court has considered the parties' stipulation and the record and recommends the case be **REVERSED** and **REMANDED** under sentence four of 42 U.S.C. § 405(g), for further administrative proceedings. On remand, the Administrative Law Judge will:

- Hold a de novo hearing and issue a new decision;
- Determine whether plaintiff has any past relevant work with respect to any relevant work with respect to any relevant period(s);
- Obtain supplemental evidence from a vocational expert to evaluate whether

REPORT AND RECOMMENDATION - 1

plaintiff can perform any past relevant work or other work existing in the national economy in significant numbers, complying with Social Security Ruling 00-4p with respect to such evidence; and

- Further follow Acquiescence Ruling 97-4(9).

New updated medical and other evidence, if available, shall be considered on remand. Aspects of the ALJ's prior decision not specifically addressed here are not affirmed. Plaintiff is entitled to reasonable attorney fees and costs pursuant to 28 U.S.C. § 2412, upon proper request to this Court.

Because the parties have stipulated that the case be remanded as set forth above, the Court recommends that United States District Judge John C. Coughenour immediately approve this Report and Recommendation and order the case **REVERSED** and **REMANDED** for further administrative proceedings. A proposed order accompanies this Report and Recommendation.

DATED this 25th day of March, 2013.

BRIAN A. TSUCHIDA
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2